UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAIDA JORGE,<br><br>Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF CORRECTION,<br><br>Defendant. | 1:26-CV-7895 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Naida Jorge, who is appearing *pro se*, brings this action asserting claims of federal constitutional violations. The Court dismisses this action for the following reason.

Plaintiff previously commenced another *pro se* action in this court by filing a nearly identical complaint. That other *pro se* action is pending before the Court. *In re: Naida Jorge*, 1:26-CV-7735 (LTS). As this action raises the same claims as raised in *In re: Naida Jorge*, 1:26-CV-7735 (LTS), no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses this action without prejudice as duplicative of *In re: Naida Jorge*, 1:26-CV-7735 (LTS).

**CONCLUSION**

The Court dismisses this action without prejudice as duplicative of *In re: Naida Jorge*, 1:26-CV-7735 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: September 14, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge